

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2015

No. 04-14-00878-CR

Matthew Douglas **HAYES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10841W
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Before the Court is the State's notice and motion for correction, in which the state asserts appellant waived his right to appeal and requests this court obtain a corrected certification from the trial court indicating appellant has no right to appeal.

Appellant is instructed to file a response to the state's motion on or before April 20, 2015. All appellate deadlines are suspended until appellant's response is received. If appellant does not respond in a timely manner, this Court will proceed to obtain the subject corrected certification.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court